EL PUEBLO, DEMANDANTE Y APELADO, *v.* CURRÁ ET AL., ACUSADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Arecibo en causa por infracción a la sección 61 de la Ley de Arbitrios.

No. 2220.—Resuelto en febrero 21, 1924.

ARBITRIOS; LEY DE—ALAMBIQUE—PRUEBA SUFICIENTE.—En la opinión se examina la prueba presentada contra el apelante co-acusado de infracción a la sección 61 de la Ley de Arbitrios y se concluye que es suficiente.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. H. Miranda.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. FRANCO SOTO, emitió la opinión del tribunal.

El acusado Manuel Currá fué declarado culpable de una infracción prevista y penada en la sección 61 de la ley de arbitrios, aprobada en junio 15 de 1919.

En su apelación ante esta Corte Suprema, el único error que el apelante señala, se refiere a la negativa de la corte inferior a declarar con lugar una moción de absolución perentoria fundada en la falta de prueba.

La prueba sin embargo fué suficiente para sostener la sentencia de la corte inferior. Dos testigos, policías del cuerpo insular, presenciaron los hechos, ocupando además el aparato mediante el cual se realizó el delito.

Uno y otro testigo, a quienes la corte inferior les dió entero crédito, declaran contestes que sorprendieron a Manuel Currá y Pedro Colón en un sitio montañoso y a horas de la noche, manejando un alambique para la fabricación de

alcohol. Los testigos fueron atraídos por una luz que denominan "mechón" o "jacho" que alumbraba a los acusados y así pudieron distinguir a una distancia de 25 metros más o menos la maniobra de dichos acusados en relación con el aparato. Dichos testigos afirman la existencia del alambique por tratarse de un aparato que consta de las partes necesarias para destilar alcohol. Y éstas consistían en una caldera montada sobre un fogón de piedra, con su capitel y serpentina. Uno de los acusados atizaba el fuego, y el otro que es el apelante, estaba pendiente o al cuidado de la operación. En estas circunstancias y al ruído que produjo la caída accidental de uno de los policías, cuando ellos se acercaban al sitio del suceso, los acusados emprendieron la fuga, llevando consigo parte del capitel, pero quedando en el sitio el recipiente conteniendo melaza, y la serpentina dentro de un barril.

Esta fué la descripción de los hechos y de ellos se desprende claramente la participación directa del apelante en la comisión del delito.

No aparece de los autos ningún error substancial que revisar y no demostrándose pasión o prejuicio por el juez inferior en la apreciación de la prueba, la sentencia debe confirmarse.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.